UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED G., <br><br>            Plaintiff, <br><br>    v. <br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, *et al.*, <br><br>            Defendants. | Case No. 2:22-cv-05710-FLA (Ex) <br><br>**ORDER RESETTING TRIAL FOR DECEMBER 6, 2024 AT 1:30 P.M.** |

1

# **ORDER**

On October 1, 2024, the court notified the parties that it was unavailable to conduct the bench trial on October 18, 2024, and ordered the parties to meet and confer and submit a joint statement with proposed new dates for the trial. Dkt. 89.

On October 11, 2024, Plaintiff submitted a statement detailing his efforts to meet and confer with Defendants Directors Guild of America-Producer Health Plan and Directors Guild of America, Inc. ("Defendants"). Dkt. 93. According to Plaintiff, Defendants did not respond to his meet and confer efforts as of the filing of Plaintiff's statement. *Id.* at 2. In light of Defendants' failure to respond, Plaintiff requests the court reset the bench trial for either November 1 or December 6, 2024. *Id.*

Defendants have not filed their own statement or offered any explanation for why they did not meet and confer with Plaintiff as ordered.

Accordingly, the court ORDERS as follows:

1. The court RESETS the bench trial for December 6, 2024, at 1:30 p.m.
2. Defendants are ORDERED to Show Cause ("OSC") in writing, within seven (7) days of this Order, why they and their counsel should not be sanctioned for failure to comply with the court's October 1, 2024 Order. Failure to respond timely to the OSC may result in the imposition of sanctions against Defendants and/or their counsel, which could include monetary sanctions up to and exceeding $1,000.

IT IS SO ORDERED.

Dated: October 18, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge