# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED G.,<br><br>        Plaintiff,<br><br>    v.<br><br>DIRECTORS GUILD OF AMERICA—<br>PRODUCER HEALTH PLAN, *et al.*,<br><br>        Defendants. | Case No. 2:22-cv-05710-FLA (Ex)<br><br>**JUDGMENT** |

1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

This matter came before the court on bench trial on December 6, 2024. After reviewing and considering the parties' trial briefs, trial exhibits, administrative record, and oral arguments of the parties, the court granted Plaintiff Fred G.'s ("Plaintiff") request to overturn Defendant Directors Guild of America–Producer Health Plan's ("Defendant") denial of health care benefits under 29 U.S.C. § 1132(a)(1)(B) ("ERISA § 1132(a)(1)(B)"), and denied Plaintiff's request for additional equitable relief under ERISA § 1132(a)(3). Dkt. 103.

Accordingly, the court ENTERS Judgment in favor of Plaintiff and against Defendant in accordance with the court's Memorandum of Decision Following Bench Trial. The court ORDERS that Plaintiff shall recover the benefits he was obligated to pay the Catalyst Residential Treatment Center due to Defendant's denial, plus prejudgment interest at the rate specified in 28 U.S.C. §1961(a).

Plaintiff may bring a motion for attorneys' fees and costs, as permitted under ERISA § 1132(a)(1)(B) and (g)(1), within 14 days from the date this Judgment is entered.

IT IS SO ORDERED.

Dated: July 17, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge